UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 19, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSARIO ZAMORA ROJO,<br><br>　　　　Defendant. | Case No.  2:21-mj-00153-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROSARIO ZAMORA ROJO ,

Case No.  2:21-mj-00153-DB  Charge 21 USC § 841(a)(1) and 846, from custody for the following reasons:

　　　　_____ Release on Personal Recognizance

　　　　_____ Bail Posted in the Sum of $ _____

　　　　__X__ Unsecured Appearance Bond $   150,000 (co-signed)

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　　　_____ (Other):

Issued at Sacramento, California on January 19, 2022 at    1:00 pm.

Dated:  January 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE