SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>ROSARIO ZAMORA-ROJO,<br><br>    Defendant. | No. 21cr007  DAD<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |

  The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

 The defendant is allowed to be away from his residence while his wife is in labor. Mr. Rojo must contact his assigned Pretrial Services Officer immediately when his wife is going into labor. If his wife is still in the hospital for a second day/night, Mr. Rojo is authorized to be away from his residence for a second night to be with his wife at the hospital. Mr. Rojo must provide the location of the hospital to his assigned Pretrial Services Officer.

Dated:  December 21, 2022 /s/ Shari Rusk

SHARI RUSK
Attorney for Defendant
ROSARIO ZAMORA-ROJO

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

cc: DARRYL WALKER, PTSO

## **ORDER**

It is so ordered that Mr. Zamora-Rojo may be with his wife during labor and the birth of the child, with the express permission of Pre-trial Services.

Dated:  December 21, 2022

_____
Hon. Magistrate Judge Jeremy D. Peterson