SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 21-007 DAD/AC |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER MODIFYING |
| | ) CONDITIONS OF PRE-TRIAL RELEASE |
| ROSARIO ZAMORA-ROJO, | ) |
| Defendant. | ) |

The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

The defendant's curfew is to be modified as follows: His daily curfew will now be 5 a.m. to 11 p.m. Pre-trial services is aware of and approves this modification. Based on pre-trial services approval of this modification, the government has no objection.

Dated: January 30, 2023        /s/ Shari Rusk
                               SHARI RUSK
                               Attorney for Defendant

1

ROSARIO ZAMORA-ROJO

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

cc: DARRYL WALKER, PTSO

**ORDER**

It is so ordered that Mr. Zamora-Rojo'a curfew will be 5 a.m. to 11 p.m.

Dated:  February 3, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE