SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> ROSARIO ZAMORA-ROJO, <br><br> Defendant. | Case No. 21-cr-007  DAD-DB <br><br> STIPULATION AND ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |

    The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

    The defendant is allowed to be away from his residence to travel to Disneyland for his daughter's 5th birthday.  The family will leave on Friday March 3, 2023 at 5 a.m. and return on Sunday March 5, 2023 at 11 pm. The will stay inside the Disney resort at the Grand Legacy hotel (714-772-0440). In light of pre-trial services having no objection to this request, the government does not oppose it. Therefore, Mr. Zamora-Rojo seeks a modification of his release conditions to permit this travel.

Dated:  February 24, 2023                                 /s/ Shari Rusk

SHARI RUSK
Attorney for Defendant
ROSARIO ZAMORA-ROJO

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

cc: DARRYL WALKER, PTSO

**ORDER**

It is so ordered that Mr. Zamora-Rojo may travel to Disneyland from March 3 – March 5, 2023.

Dated:  February 28, 2023

Magistrate Judge Jeremy D. Peterson