SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>ROSARIO ZAMORA-ROJO,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 2:21-cr-0007  DAD<br><br>STIPULATION AND ORDER MODIFYING<br>CONDITIONS OF PRE-TRIAL RELEASE |

The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

   The defendant is allowed to be away from his residence for a construction job in Oakhurst, CA. He will leave his residence on Monday June 17, 2024 at 4:30 a.m. and return every Friday before 11 p.m. He will stay at 2272 CA 49, Mariposa, CA while he is working. Mr. Rojo's work site is 40027 hwy 49, Oakhurst, CA, 93643. Mr. Rojo must maintain contact with his assigned Pretrial Services Officer at all times. His curfew will still be in effect on weekends when he is

home. Mr. Rojo is allowed to be away from his residence Monday at 5:00 AM through Friday at 11:00 PM, for work purposes only, while staying at an AIRBNB in Oakhurst, California.

Dated:  June 17, 2024                    /s/ Shari Rusk

                                         SHARI RUSK
                                         Attorney for Defendant
                                         ROSARIO ZAMORA-ROJO

                                         /s/ David Spencer
                                         DAVID SPENCER
                                         Assistant United States Attorney

cc: DARRYL WALKER, PTSO

## **ORDER**

It is so ordered that Mr. Zamora-Rojo may be away from his residence Monday from 5 a.m. to Friday at 11 p.m., for work on a construction site in Oakhurst, California, in accordance with all rules and requirements of his pre-trial services officer.

Dated:  June 17, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE