SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-007 DAD |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |
| ROSARIO ZAMORA-ROJO, | |
| Defendant. | |

On June 17, 2024, the Court signed a stipulated order modifying defendant's conditions of pretrial release to allow him to be away from his residence for a construction job in Oakhurst, CA. ECF 529. Specifically, the order allowed him to leave his residence on Mondays at 5:00 a.m. and return every Friday before 11 p.m. Originally, the job was expected to end by September 10, 2024. However, the job is taking longer than expected. Accordingly, the parties request that the Court further modify its June 17, 2024, Order to extend until September 30, 2024, as follows: The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

1

The defendant is allowed to be away from his residence for a construction job in Oakhurst, CA. He will leave his residence on Monday June 17, 2024 at 4:30 a.m. and return every Friday before 11 p.m. He will stay at 2272 CA 49, Mariposa, CA while he is working. Mr. Rojo's work site is 40027 hwy 49, Oakhurst, CA, 93643. Mr. Rojo must maintain contact with his assigned Pretrial Services Officer at all times. His curfew will still be in effect on weekends when he is home. Mr. Rojo is allowed to be away from his residence Monday at 5:00 AM through Friday at 11:00 PM, for work purposes only, while staying at an AIRBNB in Oakhurst, California. Mr. Zamora-Rojo must complete this work by September 30, 2024.

Dated: September 11, 2024        /s/ Shari Rusk

SHARI RUSK
Attorney for Defendant
ROSARIO ZAMORA-ROJO

/s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

cc: DARRYL WALKER, PTSO
    LORENA GALLAGHER

## ORDER

It is so ordered that Mr. Zamora-Rojo may be away from his residence Monday from 5 a.m. to Friday at 11 p.m., for work on a construction site in Oakhurst, California, in accordance with all rules and requirements of his pre-trial services officer and that he return on September 30, 2024.

Dated: September 11, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE