SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>ROSARIO ZAMORA-ROJO,<br><br>   Defendant. | CR.S.. **21-cr-007 DAD**<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING<br><br>Court: Hon. Dale A. Drozd<br>Time: 9:30 a.m.<br>Date: January 13, 2025 |

   The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

   1. The government's oppositions to defendant's pre-trial motions filed on December 12, 2024 (ECF 591 and ECF 592) shall be filed by December 30, 2024.

   2. Any reply shall be filed by January 6, 2025.

   By agreeing to this briefing schedule, the government does not waive, and explicitly preserves its position that defendant's motions are untimely and should be denied on that basis

1

alone. The Court ordered all pretrial motions to be filed by November 19, 2024. ECF 506. As the government will further argue in its opposition briefing, its position is that the defendant has not shown good cause for the untimely filing of his pretrial motions, and thus the motions should be summarily denied. *See* Fed. R. Crim. P. 12(c).

The parties further request that the previously scheduled Motion's hearing on December 17, 2024 be vacated and this matter be calendared for hearing on January 13, 2024.


Dated: December 13, 2024                /s/ Shari Rusk

                                                            SHARI RUSK
                                                            Attorney for Defendant
                                                            ROSARIO ZAMORA-ROJO

                                                            /s/ David Spencer
                                                            DAVID SPENCER
                                                            Assistant United States Attorney


## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the previously scheduled motions hearing date of December 17, 2024 is vacated and continued to January 13, 2025 at 9:30 a.m. The briefing schedule proposed by the parties is adopted as part of this order.

IT IS SO ORDERED.

Dated:  **December 13, 2024**

                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE