PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSARIO ZAMORA ROJO,<br><br>Defendant. | CASE NO. 2:21-CR-0007-DAD-17<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING<br><br>DATE: January 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Rosario Zamora Rojo, by and through his attorney of record, Shari Rusk, hereby stipulate as follows:

1. The parties have reached a plea agreement and Mr. Zamora Rojo wishes to change his plea pursuant to that agreement.

2. The parties request to set this matter for a change of plea hearing on January 13, 2025.

IT IS SO STIPULATED.

Dated: January 8, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: January 8, 2025

/s/ Shari Rusk
Shari Rusk
Counsel for Defendant
ROSARIO ZAMORA ROJO

### ORDER

This matter is hereby set for a change of plea hearing on January 13, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **January 10, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE