SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S.. **21-cr-00007-DAD-17** |
| Plaintiff, | |
| | **MODIFIED STIPULATION AND ORDER** TO Continue Sentencing |
| ROSARIO ZAMORA-ROJO, | |
| Defendant. | Court: Hon. Dale A. Drozd<br>Time: 9:30 a.m.<br>Date: May 19, 2025 |

The United States of America through its undersigned counsel, DAVID SPENCER,

Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-

ROJO, Shari Rusk, Esq., hereby agree to the following:

This matter was previously set for judgement and sentencing on April 28, 2025.  Mr.

Zamora-Rojo seeks to have his own expert evaluate items seized from a storage unit for DNA

and fingerprints. The expert will need time to evaluate and test. Therefore, the parties request the

following schedule:

Informal Objections to PSR:   April 21, 2025

Formal Objections:            May 5, 2025

Final PSR:                          April 28, 2025

Sentencing Memorandum:      May 12, 2025

Judgment and Sentencing:      May 19, 2025


Dated:  April 1, 2025                    /s/ Shari Rusk

                                        SHARI RUSK
                                        Attorney for Defendant
                                        ROSARIO ZAMORA-ROJO

                                        /s/ David Spencer
                                        DAVID SPENCER
                                        Assistant United States Attorney




**ORDER**

        Pursuant to the stipulation of the parties and good cause appearing, the sentencing

hearing previously set for April 28, 2025, is continued to May 19, 2025, at 9:30 a.m.  The

presentence report related dates proposed by the parties are adopted by the court.


        IT IS SO ORDERED.

Dated:  **April 14, 2025**

                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE