SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
ROSARIO ZAMORA-ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ROSARIO ZAMORA-ROJO,<br><br>Defendant. | CR.S.. **2:21-cr-0007-DAD-17**<br><br>MODIFIED STIPULATION AND ORDER TO Continue Sentencing<br><br>Court: Hon. Dale A. Drozd<br>Time: 9:30 a.m.<br>Date: July 7, 2025 |

The United States of America through its undersigned counsel, DAVID SPENCER, Assistant United States Attorney, together with counsel for defendant ROSARIO ZAMORA-ROJO, Shari Rusk, Esq., hereby agree to the following:

This matter was previously set for judgement and sentencing on May 19, 2025. Mr. Zamora-Rojo seeks to have his own expert evaluate items seized from a storage unit for DNA and fingerprints. The defense expert is currently scheduled to test the evidence on May 20, 2025. The expert will need time to evaluate the testing and provide a report. Therefore, the parties request the following schedule:

    Informal Objections to PSR:    May 26, 2025

1

| | |
|---|---|
| Formal Objections: | June 9, 2025 |
| Final PSR: | June 16, 2025 |
| Sentencing Memorandum: | June 30, 2025 |
| Judgment and Sentencing: | July 7, 2025 |

Counsel for the defense will be out of the country June 12 – June 27, but is trying to accommodate the schedule the government is willing to agree to.

Dated: May 12, 2025            /s/ Shari Rusk

                                        SHARI RUSK
                                        Attorney for Defendant
                                        ROSARIO ZAMORA-ROJO

                                        /s/ David Spencer
                                        DAVID SPENCER
                                        Assistant United States Attorney

cc: Steven Davis, USPO

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for May 19, 2025, is continued to July 7, 2025 at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **May 14, 2025**            _____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE